**No. 53906.**—Morris J. Golombeck, Inc., et al. *v.* United States, protests 148500–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiffs was sustained.

**No. 53907.**—Armand Schmoll, Inc. *v.* United States, protest 147780–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53908.**—Koons, Wilson & Co. *v.* United States, protest 146565–K (Philadelphia).

Opinion by JOHNSON, J. From an examination of the papers, it was found that the evidence was not sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 53909.**—Frederick L. Beelby, Jr. *v.* United States, protest 147638–K/1728 (Chicago).

Opinion by JOHNSON, J. Government counsel moved to dismiss the protest upon the ground that it was filed more than 60 days after liquidation. From an examination of the papers it was held that the motion of the Government was well founded. The protest was therefore dismissed.

JANUARY 9, 1950

**No. 53910.**—Alberto Hernandez *v.* United States, petition 6684–R.——Abstract 53726. Petitioner's application for rehearing granted.

JANUARY 9, 1950

**No. 53911.**—SUIT 4612.—H. J. Baker & Bro. *v.* United States.——C. D. 1131 affirmed November 7, 1949. C. A. D. 419.

**No. 53912.**—SUIT 4617.—Stan Newcomb and Barbara Todd *v.* United States.——Abstract 52470 affirmed September 30, 1949. C. A. D. 413.